# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ASIF MONAWWAR SHEIKH,<br>a/k/a ASIF MUNAWAR,<br><br>Defendant. | Case No. 1:16-cv-10598<br><br>Judge Manish S. Shah |

**JOINT MOTION FOR CONSENT JUDGMENT OF DENATURALIZATION**

The United States of America ("Plaintiff") and Asif Monawwar Shiekh a/k/a Asif Munawar ("Defendant"), by and through their respective counsel, jointly move this Court to enter the attached proposed Consent Judgment of Denaturalization.

To be eligible for naturalization, an applicant must not be under an order of removal or deportation. 8 U.S.C. § 1429.

Defendant admits that he applied for asylum on or about May 17, 1993; that that application was not granted, such that Defendant was placed in deportation proceedings; and that Defendant did not appear in immigration court, and was ordered removed *in absentia*. *See* Complaint, ECF No. 1, ¶¶ 8-14.

Defendant admits that his naturalization was illegally procured because there was an outstanding order of deportation against him at the time he naturalized, *see id.*¶¶ 54-57 ("Count I").

In light of the foregoing, Defendant, having fully discussed the case with his counsel, agrees with Plaintiff that denaturalization is proper and to avoid delay, uncertainty,

1

inconvenience, and expense of further litigation does not wish to further contest denaturalization. Accordingly, Plaintiff and Defendant jointly move this Court for an order providing the relief requested in the attached proposed Consent Judgment.

The Parties also jointly request the Court to set a hearing during the week of May 8, 2017, at which Defendant must demonstrate that he has complied with the Judgment, unless the United States provides notice prior to the hearing that Defendant has fully complied and the Judgment is satisfied.

Dated: March 23, 2017                                          Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director
District Court Section
Office of Immigration Litigation

TIMOTHY M. BELSAN
Deputy Chief, National Security
    & Affirmative Litigation Unit
District Court Section
Office of Immigration Litigation

/s/ Aaron R. Petty
AARON R. PETTY
Counsel for National Security           /s/ Brian Sather
District Court Section                  BRIAN SATHER
Office of Immigration litigation        Immigration Attorneys, LLP
U.S. Department of Justice              203 N. LaSalle St.
219 S. Dearborn St., 5th Floor          Chicago, IL 60601
Chicago, IL 60604                       Telephone: (312) 661-9100
Telephone: (202) 532-4542               Facsimile: (312) 661-9021
E-mail: Aaron.R.Petty@usdoj.gov         E-mail: bsather@immattyllp.com

Counsel for Plaintiff United States of America   Counsel for Defendant Asif Monawwar Sheikh